IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KENYATTA HARVEY, | * |
| Plaintiff, | * |
| v. | Case No. 1:24-CV-125 (LAG)(ALS) |
| | * |
| SUMTER COUNTY BOARD OF COMMISSIONERS et al., | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk